■ In the Matter of MARSHA TEDESCHI, Appellant, v SETH TEDESCHI, Respondent. [989 NYS2d 369]—In a proceeding pursuant to Family Court Act article 6, the mother appeals from an order of the Family Court, Nassau County (Aaron, J.), dated April 4, 2013, which directed her to seek permission of the court before filing any future petitions or motions regarding custody or visitation with respect to the parties' child.

Ordered that the appeal is dismissed, without costs or disbursements.

In the order appealed from, the Family Court directed the mother to seek permission of the court before filing any future petitions or motions regarding custody or visitation with respect to the parties' child. The order appealed from is not appealable as of right (*see* Family Ct Act § 1112 [a]; *Matter of Novak v Novak,* 110 AD3d 1079 [2013]; *Matter of Confort v Nicolai,* 9 AD3d 428, 429 [2004]), and, under the circumstances presented, we decline to grant leave to appeal. Dillon, J.P., Lott, Austin and Barros, JJ., concur.